304 U.S. 577
 58 S.Ct. 1047
 82 L.Ed. 1541
 Mrs. L. W. ALEXANDER, petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE.*
 No. 989.
 Supreme Court of the United States
 May 23, 1938
 
 Mr. Robert Ash, of Washington, D. C., for petitioner.
 
 
 1
 For opinion below, see 95 F.2d 624.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 304 U.S. 590, 58 S.Ct. 1056, 82 L.Ed. ——.